IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) DONALD WILLIAM MILLER, JR., ) ) Defendant. ) _____) | 8:11CR251 ORDER |

This matter is before the Court on defendant's motion for self-surrender (Filing No. 65). The Court finds the motion should be denied as moot. Accordingly,

IT IS ORDERED that defendant's motion for self-surrender is denied as moot.

DATED this 2nd day of May, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court