AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

DISTRICT OF NEBRASKA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DONALD WILLIAM MILLER, JR. | ) | Case No: 8:11CR251 |
| | ) | USM No: 23323-047 |
| Date of Original Judgment: 04/05/2012 | ) | |
| Date of Previous Amended Judgment: | ) | David R. Stickman |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   70   months **is reduced to**   60   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   04/05/2012   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   06/23/2015                                       /s/ Lyle E. Strom
                                                                                         *Judge's signature*

Effective Date:   11/01/2015                                  LYLE E. STROM, Senior Judge
*(if different from order date)*                              *Printed name and title*