## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DONALD WILLIAM MILLER, JR.,<br><br>            Defendant. | 8:11CR251<br><br>**ORDER** |

Defendant Donald William Miller, Jr. appeared before the court on March 1, 2017, regarding defendant's Motion to Reconsider Detention [136]. The defendant was represented by Assistant Federal Public Defender Kelly M. Steenbock, and the United States was represented by Assistant U.S. Attorney Nancy A. Svoboda. The government did not oppose the motion. The motion will be granted.

**IT IS ORDERED:**

1.  The defendant's Motion to Reconsider Detention [136] is granted.

2.  The defendant is released on current conditions of supervision with the addition that he reside at Dismas Charities in Kearney, Nebraska, and abide by all the rules of that facility.

3.  Following his return to corrections, the defendant will be released to a representative of the Federal Public Defender's Office for transport directly to Dismas Charities.

Dated this 1st day of March, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge